## Commonwealth *v.* Sabo, Appellant.

Argued June 9, 1969. *Vincent Grant,* for appellant; *Arthur*

768

*Ed. Saylor,* First Assistant District Attorney, for Commonwealth, appellee.

Order affirmed.